**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Javier CHAVEZ–MEDINA,
Defendant–Appellant.**

No. 06–40108

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Javier Chavez–Medina raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the judgment of the district court is AFFIRMED.